IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

05 AUG 12 AM 11: 13

SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA     :     CASE NO. 3:05MJ253

     v.                     :

JOHN CHARLES ROUTLEY         :

                                :     ORDER TO CORRECT CLERICAL
ERROR AND INSERT CORRECTED
PAGE

-------------------

Upon the Motion of the United States to Correct Clerical
Error contained on the Criminal Complaint, Supporting Affidavit
for Criminal Complaint and Warrant for Arrest, (Doc. #1 and 2)
filed herein on August 10, 2005, and for good cause shown, it is
hereby ORDERED, pursuant to Rule 36, of the Federal Rules of
Criminal Procedure, that the Clerk of the United States District
Court for the Southern District of Ohio insert said filing.

       SO ORDERED.

Date: _8-12-05_

                              SHARON L. OVINGTON
                              UNITED STATES MAGISTRATE JUDGE